UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2008 AUG 14 PM 12: 26
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

BETTY DENISE RIDDLE,   Case No. 8:08-cv- 00086-EAK-MAP

Plaintiff,

_____ / 

## NOTICE OF CHANGE OF ADDRESS

The Plaintiff, **BETTY DENISE RIDDLE**, in proper person respectfully submits this Notice of Change Of Address.

**FROM :** Betty Denise Riddle #734107 (B-2)
Gadsden Correctional Florida
6044 Greensboro Hwy.
Quincy, Florida 32351

**TO:** Betty Denise Riddle
1484 Koltenborn Road
Northport, Florida 34285

In the above-styled cause and respectfully request the Clerk to file this Notice in the above referenced case,

and to make the same part of the records therein.

*Betty Denise Riddle*
Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Notice of Change of Address has been
furnished to: **United States District Court, Middle District of Florida, Tampa Division**
Sent by U.S. Mail on this 4th day of August 2008.

*Betty Denise Riddle*
Plaintiff